IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jackie L. Lama,
   Plaintiff

v.

Michael J. Astrue,
Commissioner of Social Security,
   Defendant

: Civil Action 2:09-cv-00737

: Judge Sargus

: Magistrate Judge Abel

:

# ORDER

This matter is before the Court on the parties' March 18, 2010 agreed motion to remand (doc. 14).

The parties ask the Court to enter judgment under the fourth sentence of 42 U.S.C. § 405(g), reversing the agency's decision with remand to the Commissioner for further consideration of plaintiff Jackie L. Lama's application. On remand, the administrative law judge will reevaluate Lama's residual functional capacity to include clarifying whether he based his mental residual functional capacity on the opinion of Dr. Shapiro or Dr. Finnerty. Based on his reevaluation of plaintiff's residual functional capacity finding, he will determine whether Lama could perform her past relevant work or a significant number of other jobs in the national economy. Plaintiff will also have the opportunity to update the record. After reevaluating the evidence, the administrative law judge will issue a new decision regarding Lama's disability application.

Finding the motion meritorious, the parties' March 18, 2010 agreed motion to remand (doc. 14) is GRANTED. The Clerk of Court is DIRECTED to enter judgment under

the fourth sentence of 42 U.S.C. § 405(g), reversing the agency's decision with remand to the Commissioner for further consideration of Plaintiff's application.

                                                  /s/ 3-19-2010
                                                  Edmund A. Sargus, Jr.
                                                  United States District Judge