# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JACKIE L. LAMA,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

                CASE NO. C2-09-0737

**MICHAEL J. ASTRUE,**       **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**       **MAGISTRATE JUDGE MARK R. ABEL**
**SOCIAL SECURITY,**

    **Defendant.**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

  **Pursuant to the Order filed March 19, 2010, JUDGMENT is hereby entered under the fourth sentence of 42 U.S.C. § 405(g), reversing the agency's decision with remand to the Commissioner for further consideration of Plaintiff's application.**

Date: March 19, 2010           JAMES BONINI, CLERK

                */S/ Andy F. Quisumbing*
                (By) Andy F. Quisumbing
                Courtroom Deputy Clerk